**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1214**

ROSARIO A. FIORANI, JR.,

            Plaintiff - Appellant,

      v.

1ST ADVANTAGE FEDERAL CREDIT UNION; ELIZABETH GAVIN,

            Defendants – Appellees,

      and

MELANIE DOE; REPO TRANS NET TOWING; KATHY DOE,

            Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Raymond A. Jackson, District Judge. (4:08-cv-00109-RAJ-TEM)

Submitted: May 28, 2009              Decided: June 5, 2009

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rosario A. Fiorani, Jr., Appellant Pro Se. Joseph Franklin Verser, JONES, BLECHMAN, WOLTZ & KELLY, PC, Newport News, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rosario A. Fiorani, Jr., appeals the district court's order granting Defendants' motion to dismiss Fiorani's civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fiorani v. 1st Advantage Fed. Credit Union, No. 4:08-cv-00109-RAJ-TEM (E.D. Va. filed Feb. 5, 2009; entered Feb. 6, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED